BRETT L. TOLMAN, United States Attorney (#8821)
DUSTIN PEAD, Assistant United States Attorney (#8251)
SCOTT B. ROMNEY, Assistant United States Attorney (#10270)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801-524-5682 • Facsimile: 801-352-3387

```
                    FILED
               U.S. DISTRICT COURT

               2008 FEB -5  P 4: 05

               DISTRICT OF UTAH

               BY:_____
                   DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRACI L. REYNOLDS,<br><br>  Defendant. | **MISDEMEANOR INFORMATION**<br><br>Vio: 29 U.S.C. § 439(b) (Falsification of Annual Financial Report Filed by Labor Union in the Private Sector)<br><br>Case: 2:08cr00081<br>Assigned To : Alba, Samuel<br>Assign. Date : 2/5/2008<br>Description: USA v. Reynolds |

The United States Attorney charges:

At all times material to this Misdemeanor Information International Brotherhood of Electrical Workers (IBEW) was a labor organization in an industry affecting interstate commerce within the meaning of 29 U.S.C. §§ 402(i) and (j).

### Count 1
(Falsification of Annual Financial Report Filed by Labor Union in the Private Sector)

On or about February 1, 2004, in the Central Division of the District of Utah,

TRACI L. REYNOLDS,

the defendant herein, did make and cause to be made a false statement and representation of material fact knowing it to be false in a report and document required to be filed by IBEW with the Secretary of Labor pursuant to 29 U.S.C. § 431, to wit: she falsely misrepresented the amount of money she received each year from the local union on Form LM-2, all in violation of 29 U.S.C. § 439(b) and punishable by the same.

Count 2
(Falsification of Annual Financial Report Filed by Labor Union in the Private Sector)

On or about February 1, 2005, in the Central Division of the District of Utah,

TRACI L. REYNOLDS,

the defendant herein, did make and cause to be made a false statement and representation of material fact knowing it to be false in a report and document required to be filed by IBEW with the Secretary of Labor pursuant to 29 U.S.C. § 431, to wit: she falsely misrepresented the amount of money she received each year from the local union on Form LM-2, all in violation of 29 U.S.C. § 439(b) and punishable by the same.

DATED this 4th day of February, 2008.

BRETT L. TOLMAN
UNITED STATES ATTORNEY

SCOTT ROMNEY
Assistant United States Attorney